

23cv1117
Judge Charles P. Kocoras
Magistrate Shelia M. Finnegan
Random assignment

February 11, 2023

Page 1 of 4

United States District Court
Northern District of Illinois
Eastern Division

**RECEIVED**

FEB 16 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Complaint Statements

1.) Informed on September 6, 2022 on August 30, 2022 Based on Race/Color (black), Sex (female), Disability (ptsd, anxiety, depression, panic attacks), Harassment (non-sexual), and Retaliation (for engaging in prior complaints against) American Postal Workers Union AFL-CIO National Business Agent Craig Fisher when US Postal Service "violating management official" (Labor Relations Specialist Heather Ash) could not provide evidence of mailing and proof of service to the employee/grievant. That US Postal Service management officials did not lie and create a fake document in order to defraud an employee/grievant out of the financial compensation owed to her. American Postal Workers Union AFL-CIO National Business Agent Craig Fisher refused to prosecute employee grievance and negotiate in good faith a monetary settlement agreement because of the union's hostility towards the employee and to inflict harm upon the employee (emotional and financial). Instead Craig Fisher agreed to settle the grievance with whatever the employer whom committed the fraud decided, by waiting for EEO to decide. A EEO Complaints Case the US Postal Service Labor Relations Specialist Heather Ash who the union (APWU) met with on August 30, 2022 is a named violating management official. (US Postal Service EEO department DOES NOT decide or preside over union grievances or union grievance settlement agreements and The Union "American Postal Workers Union" DOES NOT decide or preside over US Postal Service EEO department complaint cases or decisions). Violating Collective Bargaining Agreement Article 2.1, Article 15.1, Union Constitution Bylaws Article 15(1)(c), Article 15(1)(d), Title 5 USC 7116(b)(1), (b)(2), (b)(3), (b)(4), (b)(5), Title 18 USC 1001, Title 29 USC 158 (b)(1), (b)(2), (b)(3), Union Breach of Duty of Fair Representation and Union Breach of Fiduciary Duties. I am seeking $100,000 in Non-economic damages.

2.) On September 12 and 13, 2022 Based on Race/Color (black), Sex (female), Disability (ptsd, anxiety, depression, panic attacks), Harassment (non-sexual), Retaliation (for engaging in prior complaints against). American Postal Workers Union AFL-CIO Director of Maintenance Division Idowu Balogun, Central Regional Coordinator Sharyn M. Stone, President Mark Dimondstein, Secretary-Treasurer Elizabeth Powell and Industrial Relations Director Charlie Cash failed to acknowledge. ignored, and refused to respond to the employee/grievant complaint and request. That the American Postal Workers Union AFL-CIO provide the grievant with a NEW Union Step 3 grievance decision meeting for grievance CM222-186 because the employee/grievant did not receive a fair, impartial, and unbias Step 3 Union meeting on August 30, 2022.

United States District Court
Northern District of Illinois

February 11, 2023                                                    Page 2 of 4

Complaint Statements

American Postal Workers Union AFL-CIO National Business Agent Craig Fisher along with US Postal Service Labor Relations Specialist Heather Ash both had a "Conflict of Interest" and hostility towards the employee/grievant. And the US Postal Service Labor Relations Specialist Heather Ash is a named violating management official in the EEO Case American Postal Workers Union AFL-CIO National Business Agent Craig Fisher agreed to settle the employee Union Step 3 grievance with. (US Postal Service EEO department DOES NOT decide or preside over (APWU) union grievances or grievance settlement meetings and The Union (APWU) DOES NOT decide or preside over US Postal Service EEO department complaints cases or decisions). Violating Union Breach of Duty of Fair Representation, Collective Bargaining Agreement Article 2.1, Article 15.1 Union Constitution Bylaws Article 15(1)(c), Article 15(1)(d), Title 5 USC 7116(b)(1), (b)(2), (b)(3), (b)(4), (b)(4), Title 29 USC 158(b)(1), (b)(2), (b)(3). I am seeking $100, 000 in Non-economic damages.

3.) On September 13, 2022 Based on Race/Color (black), Sex (female), Disability (ptsd, anxiety, depression, panic attacks), Harassment (non-sexual), and Retaliation (for engaging in prior complaints against). American Postal Workers Union AFL-CIO President Mark Dimondstein, Secretary-Treaurer Elizabeth Powell, Central Regional Coordinator Sharyn M. Stone failed to acknowledge, ignored, and refused to respond to the grievant complaint that American Postal Workers Union AFL-CIO Northwest Illinois Area Local President Jackie Englehart was not actually processing the employee grievances. American Postal Workers Union AFL-CIO Northwest Illinois Area Local President Jackie Englehart was NOT holding an actual Step 1 or Step 2 union decision meeting (the employee/grievant has repeatedly requested to be in attendance or present at) but is sending the employee grievances straight to a Union Step 3 Appeal or Arbitration "example grievance CM222-248". Violating Union Breach of Duty of Fair Representation, Union Breach of Fiduciary Duties, Collective Bargaining Agreement Article 2.1, Article 15.1, Union Constitution Bylaws Article 15(1)(c), Article 15(1)(d), Title 5 USC 7116(b)(1), (b)(2), (b)(3), (b)(4), (b)(5), Title 29 USC 158(b)(1), (b)(2),(b)(3). I am seeking $100,00 in Non-economic damages.

4.) On September 12, 2022 Based on Race/Color (black), Sex (female), Disability (ptsd, anxiety, depression, panic attacks), Harassment (non-sexual), and Retaliation ( for engaging in prior complaints against). I respectfully requested that American Postal Workers Union, AFL-CIO National Business Agent Craig Fisher RECUSE himself immediately from any further involvement with the employee grievance Union Step 3 settlement decision meetings. Because of Craig Fisher hostility towards the employee, blatant discrimination, lack of impartiality, refusal to prosecute employee grievances, refusal to fairly represent me in grievances, intentional and deliberate wrongful actions to cause the employee HARM (both emotional and financial). Violating Union Breach of Duty of Fair Representation,

United States District Court
Northern District of Illinois

February 11, 2023

## Complaint Statements

Union Breach of Fiduciary Duties, Collective Bargaining Agreement Article 2.1, Article 15.1, Union Constitution Bylaws Article 15(1)(c), Article 15(1)(d), Title 5 USC 7116(b)(1), (b)(2), (b)(3), (b)(4), (b)(5), Title 29 USC 158(b)(1), (b)(2), (b)(3). I am seeking $100, 000 in Non-economic damages. (Also forwarded the RECUSAL request to American Postal Workers Union, AFL-CIO Director Maintenance Division Idowu Balogun and President Mark Dimondstein.

5.) On October 24, 2022 grievant realized on October 6, 2022 Based on Race/Color (black), Sex (female), Disability (ptsd, anxiety, depression, panic attacks), Harassment (non-sexual), and Retaliation (for engaging in prior complaints against). American Postal Workers Union AFL-CIO National Business Agent Craig Fisher conspired to commit fraud and orchestrated a scam against me (the grievant) on October 6, 2022. When American Postal Workers Union AFL-CIO Northwest Illinois Area Local President Jackie Englehart forwarded me a ▉▉▉▉▉ Union Step 3 grievance settlement agreement for my grievance CM222- 248 if I agreed to withdraw an pending EEO complaint case. On October 7, 2022 American Postal Workers Union AFL-CIO National Business Agent Craig Fisher forwarded me a blank EEO Complaint Case withdrawal form and a copy of my (grievant) reply to his (Fisher) October 6, 2022 communication. But there was NO grievance settlement agreement attached for me to sign with my transfer information and details. Craig Fisher refused to provide me with a copy of the transfer grievance settlement agreement. Craig Fisher refused to tell me what the job title/position was, the location of the post office, my shift and start time (so I will know what time to leave the house), and what the dollar amount of the back pay was. American Postal Workers Union, AFL-CIO National Business Agent Craig Fisher wanted me to sign and withdraw my EEO Complaint Case (that has nothing to do with the union and completely separate from the union) without NO OFFICIAL transfer grievance settlement agreement notice or letter for me to sign. It would be stupid of me to withdraw my completely separate EEO Complaints Case without an signed grievance settlement agreement first. And the Indiana EEO ADR Specialist assigned to the case never heard of Craig Fisher and knew absolutely nothing about the transfer grievance settlement agreement the union presented to me if I withdrew my EEO Complaint Case. Violating Union Breach of Duty of Fair Representation, Union Breach of Fiduciary Duties, Collective Bargaining Agreement Article 2.1, Article 15.1, Union Constitution ByLaws Article 15(1)(c), Article 15(1)d), Title 5 USC 7116(b)(1), (b)(2), (b)(3), (b)(4), (b)(5), Title 18 USC 1001, Title 18 USC 1917(4), Title 29 USC 158(b)(1), (b)(2), (b)(3). I am seeking $100,000 in Non-economic damages.

United States District Court
Northern District of Illinois

February 11, 2023

Page 4 of 4

Complaint Statements

I have attached ___6 3___ additional pages of exhibits to the Civil Case Filings.

Respectfully Submitted,

Alyce R. Anderson
2266 W. 10th Ave.
Gary, Indiana 46404
219-427-1683 Landline/Fax

# Northwest Illinois Area Local

## American Postal Workers Union, AFL-CIO
194 West Lake Street     Elmhurst, Illinois 60126     630-833-0088
### Witness Statement Form

To whom it may concern,

I _Alyce R. Anderson_ EIN # _02347761_ Service Seniority _3-13-99 (9-6-14)_

Craft _MMY_ FTR ( ✓ ) PTR ( ) PTF ( ) Level _7_ Step _0_ Duty Hours _11-7:30_ N/S _S/M_

Pay Loc: _301_ Unit _Tour 1_ Lifetime Security Yes ( ) No ( ✓ ) Veteran Yes ( ) No ( ✓ ) Phone _219-427-1683_

do hereby submit the following statement in the matter involving _Violation of the ELM_
_304 Reasonable Accommodation 24 Timeframe_
_660 Conduct 661.2(E) Fraud/false statements_
_in a government matter_

( ✓ ) Grievance    ( ✓ ) Grievant Statement:

On May 31, 2022 Informed by APWU President
Jackie Englehart of details surrounding a step 3
grievance meeting for my grievance CMC01171.

I want to file a grievance against Human
Resources Department, DRAC Chairperson Jessie
Tucker and Acting Human Resources Manager
Sonhe Yundah. For violation of the ELM 660
Conduct 661.2(E) prohibition against fraud or
false statements in a government matter, 665.23
Discrimination, and 304 Reasonable Accommodation
Section 24 Timeframe for Processing Request

Witness/ Grievant _Alyce R. Anderson_ /Steward/Rep. _____
( Signed)
Date: _June 11, 2022_
          page 1 of 3

# Northwest Illinois Area Local

## American Postal Workers Union, AFL-CIO

194 West Lake Street    Elmhurst, Illinois 60126    630-833-0088

### Witness Statement Form

To whom it may concern

I _Alyne P. Anderson_ EIN # _0254776_ Service Seniority _3-13-99 (9-1-14)_

Craft _MMY_ FTR ( ✓ ) PTR ( ) PTF ( ) Level _7_ Step _0_ Duty Hours _11-7.30m_ N/S _5/m_

Pay Loc: _301_ Unit _Tour 1_ Lifetime Security Yes ( ) No ( ) Veteran Yes ( ) No ( ✓ ) Phone ___

do hereby submit the following statement in the matter involving _Violation ELM 314 (Section 24)_
_(660 (661.2(L)), 665.23_

( ✓ ) Grievance    ( ✓ ) Grievant Statement:

_For Reasonable Accommodation. When on or_
_after September 17, 2021 after employee filed_
_an EEO complaint the Human Resources Manager_
_Sandra Kynkh created a cantofert document_
_dated May 3, 2021 but not created on May 3, 2021_
_but months after. To avoid paying employee the_
_substantial financial compensation owed to employee_
_for Human Resources DRAC Chairperson ignoring and_
_not responding to employee request for reconsideration_
_and a New Reasonable Accommodation Committee_
_Meeting because the first meeting was made_
_Hostile by management officials. As of today_
_June 11, 2022 Human Resources and DRAC_

Witness/ Grievant _Alyne P. Anderson_ Steward/Rep. _____
( Signed)
Date: _June 11, 2022_

_page 2 of 3_

# Northwest Illinois Area Local

## American Postal Workers Union, AFL-CIO

194 West Lake Street     Elmhurst, Illinois 60126     630-833-0088

### Witness Statement Form

To whom it may concern

I _Alyce R. Anderson_ EIN # _0294776 I_ . Service Seniority _3-13-99 (9-6-H)_

Craft _MMY_ FTR ( ) PTR (✓) PTF ( ) Level _7_ Step _0_ Duty Hours _1-7:30am_ N/S _S/M_

Pay Loc: _301_ Unit _Tar1_ Lifetime Security Yes ( ) No (✓) Veteran Yes ( ) No (✓) Phone _219-457-1623_

do hereby submit the following statement in the matter involving _Violation of ELM 304 (section 24), 660 (661.2(C)), 665.23_

(✓ Grievance (✓) Grievant Statement:

_Chairperson still has not responded to the employee March 22, 2021 request, grievance not filed until July 21, 2021 CM 001 171. APWU Craig Fisher settled with management employee grievance CM 220 331 not CM 001 171. Every decision or document USPS Human Resources Chicago Metro Management Official send to me has a USPS Tracking #, Certified Mail #, Priority Mail #, or Express Mail # on it to make sure and confirmed that it was mailed to me on what date and time and when I received it. What is that #?? Employee also has USPS Informed Delivery and on RRT-22 checked every email from May to October 2021 and nothing sent._

Witness/ Grievant _Alyce R. Anderson_ Steward/Rep. _____

( Signed)

Date: _June 11, 2022_

_page 3 of 3_

# *Northwest Illinois Area Local*

## American Postal Workers Union, AFL–CIO

P.O. Box 86200        Carol Stream, ILL 60188       630-833-0088

### Step 3 Grievance Appeal

Date: June 27, 2022
Grievant: **Alyce Anderson**
Local Installation: Chicago Metro L&DC
Craft: **Maintenance**
Local Grievance # **CM222-186**
USPS Grievance #

LR Appeals
United States Postal Service
P. O. Box 25398
Tampa, Florida 33622-5398

Type of Grievance: **Article 19 DRAC Meeting**

Receipt of Step 2 Decision: **none**
(X) Contract    ( ) Disciplinary

On 6-11-2022 the grievant faxed a witness statement to the NWIAL Union Hall stating: 1. Management failed to respond to the grievant's request for a second DRAC meeting by letter dated 3-28-2021 and states management failed to respond as of 6-14-2022, and 2. Management (HR Manager Spring Rankin) created a counterfeit document dated 5-3-2021 that the grievant never received in order to deny the grievant substantial compensation. <u>Corrective Action:</u> 1. Provide copy of the 5-3-2021 Spring Rankin letter and tracking information to show it was actually sent to the grievant, and 2. Respond to the grievant's 3-28-2021 request for a second DRAC meeting to provide Reasonable Accommodation. Pay the grievant for all lost pay and benefits from 14 days prior to the filing of this grievance until the DRAC meeting is scheduled and requested Reasonable Accommodation is provided.

We have attached to this file: (X) Copy of Standard Step 2 Appeal Form;

() Copy of Employer's Step 2 Decision; and
(X)Copy of Union's Step 2 Objection Letter;
(X) Employer's Step 2 Decision Not Received.

cc: Employer Step 2 Representative

_____
APWU National Business Agent
Local file

**Union Representative**

July 1, 2022

Jackie Englehart                    7021 0350 0000 7069 6138
President
American Postal Workers Union AFL-CIO
Northwest Illinois Area Local 7140
194 West Lake Street
Elmhurst, Illinois 60126

Ms. Englehart,

I am in receipt of your fax correspondence sent to my home on June 29, 2022 of the APWU NWIAL Step 3 Grievance Appeal CM222-186, thank you.

And after reading it I just wanted to make things clear about the corrective action portion of the grievance appeal request. In regards to the pay and benefits, I am asking (and the union should be asking is) for full compensation from May 15, 2021 until whenever they finally decide to respond to my/employee March 28, 2021 request for a NEW Reasonable Accommodation Committee Meeting. (If the US Postal Service cannot provide actual proof that the document they presented in the step 3 grievance denial by Labor Relations Specialist was created on May 3, 2021 and mailed to the employee home.) Received by the US Postal Service on April 1, 2021 Certified Mail No. 7020 1810 0001 0637 6923. They (USPS) have 45 days to respond and NO one has of yet.

Or if I am mistaken and the APWU NWIAL 7140 is asking for that full amount of compensation for Grievance CM221-171, my apologies. I just do not want there to be any confusion, I am to be compensated from May 15, 2021 until the USPS responds. And I am present at Arbitration or any step 3 decision meetings.

Respectfully,

Alyce Anderson
2266 W. 10th Ave.
Gary, Indiana 46404
219-427-1683 Landline/Fax

CC:Craig Fisher              7021 0350 0000 7069 6121
CC:David Baskin             7021 0350 0000 7069 6114
CC:Elizabeth Powell         7021 0350 0000 7069 6145

# USPS Tracking®

**FAQs >**

Tracking Number:

Remove ✕

## 70210350000070696121

Copy          Add to Informed Delivery
(https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 9:40 am on July 15, 2022 in DAYTON, OH 45432.

Feedback

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered
Delivered, Left with Individual

DAYTON, OH 45432
July 15, 2022, 9:40 am

**See All Tracking History**

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

**See Less ∧**

Track Another Package

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 70210350000070696145

Copy        Add to Informed Delivery
(https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to an agent for final delivery in WASHINGTON, DC 20005 on July 11, 2022 at 2:03 pm.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered to Agent
Delivered to Agent for Final Delivery

WASHINGTON, DC 20005
July 11, 2022, 2:03 pm

**See All Tracking History**

---

**Text & Email Updates**                                          ⌄

---

**USPS Tracking Plus®**                                           ⌄

---

**Product Information**                                           ⌄

See Less ⌃

Track Another Package

# USPS Tracking®

**FAQs >**

Tracking Number:

**Remove ✕**

# 70210350000070696114

Copy     Add to Informed Delivery
(https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 11:45 am on July 12, 2022 in ELMHURST, IL 60126.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

## Delivered

Delivered, Left with Individual

ELMHURST, IL 60126
July 12, 2022, 11:45 am

**See All Tracking History**

---

**Text & Email Updates**                                   ∨

---

**USPS Tracking Plus®**                                    ∨

---

**Product Information**                                    ∨

**See Less ∧**

Track Another Package

# USPS Tracking®

**FAQs >**

Tracking Number:

**Remove ✕**

## 70210350000070696138

Copy        Add to Informed Delivery
(https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 11:45 am on July 12, 2022 in ELMHURST, IL
60126.

**Feedback**

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

Delivered, Left with Individual

ELMHURST, IL 60126
July 12, 2022, 11:45 am

**See All Tracking History**

---

**Text & Email Updates**                                          ⌄

---

**USPS Tracking Plus®**                                            ⌄

---

**Product Information**                                            ⌄

**See Less ⌃**

Track Another Package

66117

**LABOR RELATIONS
CENTRAL AREA OFFICE**

**UNITED STATES
POSTAL SERVICE**

| 1F 21T-1F-C22272363 | CM222186 | ANDERSON ALYCER | BUSSE IL P&DC | IL |

Craig Fisher
National Business Agent
American Postal Workers Union

DECISION: Abeyance
MEETING DATE: 8/26/22

Pursuant to the terms and obligations set forth in Article 15 of the National Agreement, the parties met at Step 3 of the grievance arbitration procedure. The results of that meeting on the above referenced case(s) are as follows:

**The parties agree to hold this grievance in abeyance pending the EEO Decision for compliant # 1F-341-0410-22.**

The above resolution constitutes full and final settlement of the subject grievance and resolves all issues pertaining thereto.

*Y Heather Ash*

_____
Heather Ash/USPS Step 3 Designee
Central Area LR Specialist

08/30/22
Date

*Craig Fisher*

_____
Craig Fisher/Union Step 3 Designee
APWU National Business Agent

08/30/22
Date

47

Case: 1:23-cv-01117 Document #: 1 Filed: 02/16/23 Page 15 of 67 PageID #:15

 Gmail 

## Voice message
2 messages

**Craig Fisher** <cfisher@apwu.org>                                         Thu, Sep 8, 2022 at 12:33 PM

Alyce,

I tried calling but was not able to get through. In response to your questions:

You had a question concerning a step 2 settlement. I do not make step 2 settlements. Step 2 settlements are made at the local level. If you have a question concerning a step 2 settlement please contact your Local.

Your request to be at the step 2. Again I do not handle step 2 meetings. If you desire to be present at the step 2 please contact your Local. Keep in mind that contractual provisions for the grievant to be at step 2 are, *"The necessity of the presence of the grievant at a Step 2 meeting is determined by the*

*Union".*

Your request to be at the step 3. It appears you may misunderstand the step 3 process as step 3 grievances are not held at the local facility. My office is in Dayton, Ohio. Furthermore there are no provisions for the grievant to be at the step 3.

Hopefully this answers any questions you have. If not please feel free to send and additional questions to this email.

*Craig Fisher*

*Maintenance NBA*

*Office # (937) 320-9454*

*Cell # (937) 956-1970*

_____

                                                                Thu, Sep 8, 2022 at 8:49 PM
To: Craig Fisher <cfisher@apwu.org>

NO, it does not answer my question. I was extremely upset by the Step 3 decision I received from the Local, stating you held my grievance Step 3
in abeyance until a decision in my EEO complaint. I did NOT mention anything about any Step 2 decision. My complaint was that my grievance has
absolutely nothing to do with my EEO complaint. The responsibility of the Union is to make sure I am made whole from management misconduct, harm,
and hostile behavior for NOT acknowledging or responding to my/employee RAC request a second time, making false statements, and falsifying
documentation in a government matter, which is a felony. To get out of paying me the financial compensation owed. Again I did not mention anything

about any Step 2 in the voicemail message I left you on September 6, 2022 at 3:20 pm CST. I asked for an explanation for this Step 3 grievance decision
letter I received. May I see a copy of the statement that you prepared in your argument to USPS Labor Relations Specialist regarding the wrongful actions
by USPS management officials. And may I see a copy of the total estimated financial compensation figure you have calculated and are supposed to be asking
for at the Step 3 decision meeting. I hope that you ( Mr. Fisher) are taking your FIDUCIARY responsibilities seriously and are NOT retaliating against me for my
Federal Civil Lawsuit against the American Postal Workers Union. Because it appears that the misconduct and unfair representation by you (Mr Fisher)
has NOT changed but continues.

Respectfully,
Alyce Anderson
2266 W. 10th Ave.
Gary, Indiana 46404
219-427-1683 Landline/Fax

[Quoted text hidden]

 **Gmail**

## RECUSAL REQUEST STEP 3 REPRESENTATION

1 message

Tue, Sep 13, 2022 at 10:08 AM

To: Craig Fisher <cfisher@apwu.org>

September 12, 2022

Craig Fisher
National Business Agent, Maintenance
American Postal Workers Union, AFL-CIO
1435 Research Park Drive
Dayton, Ohio 45432

RECUSAL REQUEST

Mr. Fisher,

I respectfully request that you RECUSE yourself "immediately" from any further (APWU) Union Step 3 decision/settlement meetings on my behalf. In Reference to grievance(s) CM222-186 and all future APWU Step 3 grievance decision/settlement meetings I have scheduled with the US Postal Service. Mr. Fisher, I ask for your RECUSAL because of the blatant discrimination (lack of impartiality), refusal to fairly represent me in union matters, and the open retaliation on display. (US Postal Service HR management officials once again have not answered my Reasonable Accommodation Committee request violating the settlement agreement for grievance CM220-331, made false statements to the union, falsified documentation, and you (Mr. Fisher) want them (USPS) to make the decision(s) for you with my grievance(s). It is clear that my National Labor Relations Board charge complaint (13-CB-281697) and US District Court Civil Lawsuit (21-cv-01417) has NOT corrected the misconduct and wrongful actions by you (Mr. Fisher) of the American Postal Workers Union, AFL-CIO. You (Mr. Fisher) also DO NOT CARE about the duty of fair representation or the fiduciary responsibilities. Mr. Fisher, your intentional and deliberate misconduct has caused me more emotional distress and financial HARM. Once again I ask that you (Mr. Fisher) RECUSE yourself.

Respectfully,

Alyce R. Anderson
2266 W. 10th Ave.
Gary, Indiana 46404
219-427-1683 Landline/Fax

cc: Idowu Balogun, Director Maintenance Division
American Postal Workers Union, AFL-CIO
1300 L. Street N.W.
Washington, DC. 20005

cc: Mark Dimondstein, President
American Postal Workers Union, AFL-CIO
1300 L. Street N.W
Washington, DC. 20005

cc: Elizabeth Powell, Secretary-Treasurer
American Postal Workers Union, AFL-CIO
1300 L. Street N.W.
Washington, DC 20005

# 202-842-8530

# FAX

| | |
|---|---|
| To: Idowu Balogun | From: Alyce R. Anderson |
| Fax: 202-842-8530 | Pages: 3 |
| Phone: 202-842-4200 | Date: September 13, 2022 |
| Re: Complaint Chris Fisher | cc: |

**Comments:**

Attn: Idowu Balogun

Director, Maintenance

Division

APWU

September 12, 2022

Idowu Balogun
Director, Maintenance Division
American Postal Workers Union, AFL-CIO
1300 L. Street N.W.
Washington, DC. 20005
Fax: 202-842-8530

Mr. Balogun,

I am writing to you (Mr. Balogun) to file a formal complaint against the American Postal Workers Union,
AFL-CIO National Business Agent and Union Step 3 Designee Craig Fisher. I spoke with Mr. Martinez
from the APWU National Headquarters Maintenance Division on September 8, 2022 at 9:21am cst.
And I don't know why he called me. I understand that Mr. Fisher is an elected official but all elected
officials have a boss or have someone who they answer too. The American Postal Workers Union,
AFL-CIO National Headquarters cannot turn a "Blind Eye" or "Ignore" the continued misconduct
(bad behavior) and blatant/deliberate wrongful actions of the American Postal Workers Union, AFL-
CIO local and regional officials. Mr. Fisher has failed in his duty of fair representation and fiduciary
responsibility. Mr. Fisher's misconduct has caused me repeated emotional distress and financial
HARM. His (Mr. Fisher) actions are in clear "RETALIATION" for my US District Court Federal
Civil Lawsuit (21-cv-01417) and National Labor Relation Board charge complaint (13-CB-281697)
against he (Fisher) and the American Postal Workers Union, AFL-CIO local. The Union (APWU)
is NOT supposed to be HARMING employees. I am also asking USPS officials and the APWU
for a NEW Step 3 grievance decision meeting (for CM222-186) since both the individuals
involved had a clear "Conflict of Interest". I have an open EEO complaint against the US
Postal Service Labor Relations Specialist Heather Ash and Fisher was aware of it. Please inform
me as soon as possible how the American Postal Workers Union, AFL-CIO National Headquarters
Officials will proceed with my formal complaint made against APWU National Business Agent
Craig Fisher for misconduct.

Respectfully,

Alyce R. Anderson
2266 W. 10th Ave.
Gary, Indiana 46404
219-427-1683 Landline/Fax

cc: Mark Dimondstein, President
American Postal Workers Union, AFL-CIO
1300 L. Street N.W.
Washington, DC. 20005

cc: Elizabeth Powell, Secretary-Treasurer
American Postal Workers Union, AFL-CIO
1300 L. Street N.W.
Washington, DC. 20005

# WF-2750

**EPSON**
EXCEED YOUR VISION

## Fax Communication Log

Name  : 2194271683

Fax   : 2194271683

| Date | Time | Type | ID | Duration | Pages | Result |
|------|------|------|-----|----------|-------|--------|
| 08.01 | 10:22AM | Send | ███████ | 00:48 | 001/001 | OK |
| 08.01 | 10:26AM | Send | ███████ | 03:23 | 008/008 | OK |
| 08.02 | 03:54PM | Send | ███████ | 00:47 | 001/001 | OK |
| 08.06 | 01:56PM | Send | ███████ | 01:31 | 002/002 | OK |
| 08.09 | 11:56AM | Send | ███████ | 01:41 | 002/002 | OK |
| 08.09 | 12:22PM | Send | ███████ | 02:24 | 004/004 | OK |
| 08.17 | 10:52AM | Send | ███████ | 01:58 | 003/003 | OK |
| 08.17 | 10:57AM | Send | 16308330248 | 00:54 | 001/001 | OK |
| 08.17 | 11:28AM | Receive | | 03:30 | 006 | OK |
| 08.23 | 10:16AM | Send | ███████ | 01:10 | 003/003 | OK |
| 08.29 | 09:59AM | Send | ███████ | 03:47 | 011/011 | OK |
| 08.29 | 10:07AM | Send | ███████ | 06:25 | 010/010 | OK |
| 08.29 | 10:17AM | Send | ███████ | 04:40 | 010/010 | OK |
| 08.29 | 10:27AM | Send | ███████ | 05:46 | 010/010 | OK |
| 08.29 | 10:37AM | Send | ███████ | 03:46 | 002/010 | Error |
| 08.29 | 10:42AM | Send | ███████ | 03:29 | 010/010 | OK |
| 08.29 | 10:58AM | Send | ███████ | 04:20 | 010/010 | OK |
| 08.29 | 11:06AM | Send | ███████ | 03:46 | 010/010 | OK |
| 08.29 | 11:15AM | Send | ███████ | 03:35 | 011/011 | OK |
| 08.29 | 11:29AM | Send | ███████ | 00:00 | 000/002 | No Answer |
| 08.29 | 11:35AM | Send | ███████ | 01:35 | 002/002 | OK |
| 08.29 | 12:00PM | Send | 16308330248 | 01:03 | 002/002 | OK |
| 09.06 | 11:09AM | Send | 16308330248 | 00:48 | 001/001 | OK |
| 09.06 | 11:18AM | Receive | | 00:50 | 002 | OK |
| 09.06 | 11:21AM | Receive | | 00:46 | 001 | OK |
| 09.13 | 10:57AM | Send | 12028428530 | 01:29 | 003/003 | OK |
| 09.14 | 08:10AM | Send | ███████ | 02:13 | 004/004 | OK |
| 09.14 | 08:27AM | Send | ███████ | 01:45 | 002/005 | Error |
| 09.14 | 08:30AM | Send | ███████ | 01:08 | 003/005 | Error |
| 09.14 | 08:32AM | Send | ███████ | 01:35 | 005/005 | OK |

September 13, 2022

Sharyn M. Stone
Central Regional Coordinator
American Postal Workers Union, AFL-CIO
55 E. Jackson Blvd.
Chicago, Illinois 60604          7021 0350 0000 7069 6282

Ms. Stone,
I am requesting that I be given a NEW (APWU) Union Step 3 decision/settlement grievance meeting for my grievance number CM222-186. Both of the individuals involved with the grievance decision have a "Conflict of Interest" and show a "Lack of Impartiality". I currently have an open EEO complaint against the US Postal Service Labor Relations Specialist Heather Ash (1F-341-0410-22). And a US District Court Federal Lawsuit (21-cv-01417) and National Labor Relations Board charge complaint (13-CB-281697) against Craig Fisher and the American Postal Workers Union. The US Postal Service Human Resources management officials for a second time refused to respond to my request for Reasonable Accommodation violating grievance # CM220-331 settlement agreement, lied/made false statements to the Union in a previous Step 3 denial, and falsified documentation. It is a common practice of the APWU Union Step 3 Designee and APWU Local NWIAL 7140 Union Officials to agree to or place a grievance in ABEYANCE when they DO NOT WANT TO SETTLE THE GRIEVANCE IN FAVOR OF THE EMPLOYEE but instead look for an excuse to settle the grievance in favor of the US Postal Service violating officials. When there's a mountain of evidence of misconduct, contractual, and procedural violations. Mr. Fisher failed on 8-26-22 his duty of fair representation and fiduciary responsibility. Mr. Fisher misconduct on 8-26-22 has caused me additional emotional distress and financial HARM. There was absolutely NO REASON for union grievance CM222-186 to be put in abeyance. I also have requested several times in writing to Mr. Fisher that I be present or that he (Fisher) at least reach out to me and ask me questions because the local NWIAL union officials are NOT communicating with me to get any details important and relevant to my grievances. Once again, I am asking that a NEW Union Step 3 grievance decision meeting be held for my grievance number CM222-186. And I have asked Mr. Craig Fisher to RECUSE himself from any further representation on my behalf in reference to grievance number CM222-186 or any future Union Step 3 grievance decision settle meetings I have scheduled. I requested his (Fisher) recusal because of the blatant discrimination, refusal to fairly represent me in union matters, and the open retaliation on display.

Respectfully,

Alyce R. Anderson
2266 W. 10th Ave.
Gary, Indiana 46404
219-427-1683 Landline/Fax

cc: Charlie Cash
Industrial Relations Director
1300 L. Street N.W
Washington, DC 20005

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70210350000070696282

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to an agent for final delivery in CHICAGO, IL 60604 on September 19, 2022 at 3:04 pm.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered to Agent
**Delivered to Agent for Final Delivery**

CHICAGO, IL 60604
September 19, 2022, 3:04 pm

**See All Tracking History**

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

**See Less ∧**

---

Track Another Package

Enter tracking or barcode numbers

September 13, 2022

Mark Dimondstein
President
American Postal Workers Union, AFL-CIO
1300 L. Street N.W
Washington, DC 20005          7021 0350 0000 7069 6299

Mr. Dimondstein,

American Postal Workers Union, AFL-CIO  Local 7140 President Jackie Engelhart has NOT been
processing my grievances properly. I believe that she (Engelhart) has NOT been holding any Step 1 or
Step 2 grievance meetings with any US Postal Service management officials. Ms. Engelhart instead
has been sending all of my grievances directly to a Step 3 Appeal. I have asked Ms. Engelhart
repeatedly that I am present and in attendance for any Step 1 or Step 2 grievance meetings, and
have been ignored. Ms. Engelhart also cannot provide me any documentation on when Step 1
or Step 2 took place or what management official with the US Postal Service was involved in the
meeting and why they denied Step 1 or Step 2. I am referring to APWU union grievances numbers
CM222-248, CM222-186, and CM221-171. Ms. Engelhart has failed in her duty of fair representation.
I believe it is RETALIATION for my US District Court Federal Lawsuit against the American Postal
Workers Union, AFL-CIO and Local 7140 NWIAL union officials for misconduct, violations of the
Collective Bargaining Agreement, the ELM, and for helping to create a Hostile, Unsafe, and Unhealthy
workplace environment for me. I understand that Ms. Engelhart is an elected official but all elected
officials have a BOSS or have someone who they answer to. The American Postal Workers Union,
AFL-CIO cannot keep turning a "Blind Eye" and "Ignore" the continued misconduct (bad behavior)
and blatant/deliberate wrongful actions of the Area Locals and Regional officials of the American
Postal Workers Union, AFL-CIO.

Respectfully,

Alyce R. Anderson
2266 W. 10th Ave.
Gary, Indiana 46404
219-427-1683 Landline/Fax

cc: Elizabeth Powell, Secretary-Treasurer
American Postal Workers Union, AFL-CIO
1300 L. Street N.W.
Washington, DC. 20005

cc: Sharyn M. Stone, Central Regional Coordinator
55 E. Jackson, Suite 400
Chicago, Illinois 60604

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 70210350000070696299

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:20 pm on October 3, 2022 in WASHINGTON, DC 20005.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20005
October 3, 2022, 1:20 pm

**See All Tracking History**

---

**Text & Email Updates**                              ⌄

---

**USPS Tracking Plus®**                               ⌄

---

**Product Information**                               ⌄

**See Less** ⌃

---

Track Another Package

Enter tracking or barcode numbers

Date: _November 17, 2022_

Secretary- Treasurer or Treasurer
National Executive Board
American Postal Workers Union
1300 L. Street N.W.
Washington, DC. 20005

### Member Charges

The National Executive Board of this Union shall have jurisdiction to hear and determine any and all charges under the Articles or the Constitution. A charge by a member that a member has violated the national Constitution or Bylaws or the Constitution or Bylaws of a local, state, or regional organization must be specifically set forth in writing and signed by the member making the charge.

Each alleged offense:

1.) Who is being charged: _Craig Fisher, National Business Agent_

2.) Exact nature of the alleged offense: _Please read the attached 2 pages._

3.) Period of time during which the alleged offense took place: _August 26 and August 30, 2022_

4.) The Constitutional provision allegedly violated: _Article 15 1(c) and Article 15 1(d) Bill of Rights #1, 6, 9, and 10 Duty of fair Representation and Fudicary Duties_

Respectfully,

Alyce R. Anderson
2266 W. 10th Ave.
Gary, Indiana 46404
219-427-1683 Landline/Fax

November 17, 2022

National Executive Board
Secretary Treasurer
American Postal Workers Union, AFL-CIO
1300 L. Street N.W.
Washington, DC. 20005

Member Charges

NATURE of the ALLEGED OFFENSES

On August 30, 2022 Craig Fisher Union Step 3 Designee APWU National Business Agent agreed to hold my grievance CM222186 in abeyance pending the EEO decision for complaint #1F-341-0410-22. This is a clear violation of the APWU Constitution and Bylaws Articles 15 1(c) and 1(d). And in violation and breach of the Duty of Fair Representation and Fiduciary Duties. The US Postal Service Labor Relations Step 3 Designee (Heather Ash), Craig Fisher met with and agreed to hold my grievance CM222186 in abeyance with is one of the USPS violating management officials named in my EEO Complaints #1F-341-0410-22. Craig Fisher does not represent me in any EEO complaints case and any decision made by USPS EEO is irrelevant, does not pertain to, and should have NO bearings on the Union Step 3 decision meeting. My grievance CM222186 is that US Postal Service management officials back dated and created a fake/fraudulent document in response to my March 28, 2021 request for ReConsideration (of their decision denying my request for Reasonable Accommodation) in order to defraud an employee of the financial compensation owed for USPS management officials once again not responding to and ignoring again an employee request for Reasonable Accommodation violating ELM 24 and the APWU Union settlement agreement made (without my knowledge) for my grievance CM220331. And denying on October 29, 2021 the Union Step 3 decision meeting for my grievance CM221171. I never received from the US Postal Service any acknowledgment or response and stated that fact to the Union, the US Postal Service was lying and committed fraud which is a felony 18 USC 1001 and violation of ELM 661.2 and asked for the proof, proof of service and delivery to my home (USPS tracking number). Everything that USPS management officials sent/mail to my home as a tracking number on it or attached to it. I even have blank 3971's and blank FMLA forms sent/mailed to my home from USPS management officials with USPS tracking numbers attached to them. Also USPS management officials LOVE to way around on employees faces and to union officials these USPS tracking numbers, to try an discipline, intimidate, or fire an employee. When Craig Fisher, Union Step 3 Designee, met with the USPS Labor Relations Specialist on August 26, 2022, Fisher should have demanded the proof of service and delivery to my home of the document mentioned by USPS Labor Relations Specialist on October 29, 2021 and Fisher should have demanded proof that the document was NOT fraudulent and back dated to defraud an employee out of the financial compensation owed to her. All of this information would be in the USPS management officials system (who name is on the document), and the date in which my request was acknowledged, responded to and mailed to my home. The USPS management officials had since June of 2022 when my grievance CM222186 was filed, to do so, if they could not provide any proof when the document was created and when the document was mailed to the employee home.

November 17, 2022

National Executive Board
Secretary Treasurer
American Postal Workers Union, AFL-CIO
1300 L. Street N.W.
Washington, DC. 20005

Member Charges

NATURE of the ALLEGED OFFENSES

On August 26 or on August 30, 2022 Craig Fisher should have been negotiating a settlement to make the employee whole regarding grievance CM222186 at the Union Step 3 decision meeting. There was absolutely NO REASON to place the matter in abeyance. Craig Fisher actions were discriminatory, negligent, in bad faith, and deliberate violations of his duty of fair representation and his fiduciary duties. Craig Fisher actions were intentionally done to cause the employee HARM both emotionally and financially. Craig Fisher actions were clear retaliation for my lawsuit (21-cv-01417). I formally requested on September 13, 2022 that Mr. Craig Fisher RECUSES himself from anymore or any further Union Step 3 grievance decision meetings on my behalf. I also requested that I be given and allowed a NEW Union Step 3 grievance decision meeting for CM222186 because both of the parties involved in the August 30, 2022 decision had an obvious and clear "Conflict of Interest". Craig Fisher being named in my federal lawsuit against the American Postal Service Union, AFL-CIO and Heather Ash being named as an USPS violating management official in my EEO complaints case. The August 26/30, 2022 was not a fair proceedings. Also please note I was not in attendance for that Union Step 3 decision meeting either. I had previously requested in writing several times to Craig Fisher that I be present or in attendance at every Union Step 3 decision meeting in relation to any of union grievances because he keeps refusing to negotiate for me in good faith. June 19, 2021, July 20, 2021, January 26, 2022, March 7, 2022, and on July 1, 2022 I wrote Mr Craig Fisher regarding his failure to fairly represent me and to be in attendance for now on. And as of today I still have not received from the US Postal Service their Accommodation Request Meeting notification packet and a response to my March 28, 2021 request for a NEW Reasonable Accommodation Committee Meeting.

I respectfully request the National Executive Board of the American Postal Workers Union, AFL-CIO take the appropriate action against National Business Agent Craig Fisher. He (Fisher) violated the APWU Constitution and Bylaws and makes the Union liable for more legal civil action. I informed the National Headquarters of the APWU on September 12 and 13, 2022 of Craig Fishers misconduct and deliberate wrongful actions against this employee.

Respectfully,

Alyce R. Anderson





**UNITED STATES POSTAL SERVICE.**

GARY
1499 MARTIN LUTHER KING DR
GARY, IN 46401-9996
(800)275-8777

11/18/2022                                    05:29 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.60 |

   Springfield, IL 62701
   Weight: 0 lb 0.60 oz
   Estimated Delivery Date
     Mon 11/21/2022

   Certified Mail®                                $4.00
    Tracking #:
     70171450000231068012

Total                                              $4.60

First-Class Mail®    1                             $0.60
Letter
   Chicago, IL 60604
   Weight: 0 lb 0.30 oz
   Estimated Delivery Date
     Mon 11/21/2022
   Certified Mail®                                $4.00
    Tracking #:
     70121010000114633629

Total                                              $4.60

First-Class Mail®    1                             $0.84
Letter
   Washington, DC 20005
   Weight: 0 lb 1.40 oz
   Estimated Delivery Date
     Mon 11/21/2022
   Certified Mail®                                $4.00
    Tracking #:
     70210350000070696305

Total                                              $4.84

US Flags Bklt/20     1    $12.00                   $12.00

Grand Total:                                      $26.04

Debit Card Remit                                  $26.04
   Card Name: MasterCard
   Account #: XXXXXXXXXXXX3537
   Approval #
   Transaction #: 593
   Receipt #: 024876
   Debit Card Purchase: $26.04

Text your tracking number to 28777 (2USPS)

# Northwest Illinois Area Local

## American Postal Workers Union, AFL-CIO
194 West Lake Street      Elmhurst, Illinois 60126      630-833-0088
### Witness Statement Form

To whom it may concern

I _Ayre R. Anderson_ EIN # _0234776(_ Service Seniority _3-13-99 (9-6-74)_

Craft _MMY_ FTR ( ) PTR ( ✓ ) PTF ( ) Level _7_ Step _0_ Duty Hours _11-7:30am_ N/S _2/m_

Pay Loc: _301_ Unit _Jur/_ Lifetime Security Yes ( ) No ( ) Veteran Yes ( ) No (✓) Phone _219-427-1683_

do hereby submit the following statement in the matter involving _Employment Discrimination_

( ✓ ) Grievance   ( ✓ ) Grievant Statement: I want to file a grievance
for employment discrimination in violation of
the collective bargaining Agreement
Article 2 section 1, Article 5, Article 14
section 1 and the Memorandum of Under
standing Reassignments (Transfers) sections
A and B.

When on July 11, 2022 Stacy Webb, US Postal
Service Workforce Planning Specialist e Reassign
Coordinator Indianapolis, Indiana Rescinded
The reassignment job opportunity that I
was accepted and approved for on May 11, 2022.
On May 16, 2022 I was given a effective

Witness/ Grievant _Alice L. Anderson_ Steward/Rep. _____
( Signed )
Date: _July 20, 2022_        I have attached 6 Exhibits to
Page 1 of 2              this grievance.

7021 0350 0000 7069 6169
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL

# Northwest Illinois Area Local

## American Postal Workers Union, AFL-CIO

**194 West Lake Street          Elmhurst, Illinois 60126          630-833-0088**

### Witness Statement Form

To whom it may concern

I _Alyce R. Anderson_ EIN # _02547761_ Service Seniority _3-13-99 (9-6-14)_

Craft _MMY_ FTR ( ✓ ) PTR ( ) PTF ( ) Level _7_ Step _D_ Duty Hours _11-7:30_ FA N/S _S/M_

Pay Loc: _301_ Unit _Tour 1_ Lifetime Security Yes ( ) No ( ) Veteran Yes ( ) No ( ✓ ) Phone _219-427-1683_

do hereby submit the following statement in the matter involving _Employment Discrimination_

( ✓ ) Grievance   ( ✓ ) Grievant Statement: _Start date and notification_
_awaiting release by current management official_
_(Alesia Hope). On May 13, 2022 Chicago Metro_
_Surface hub Maintenance Manager Alesia Hope_
_sent me a copy of the ereassignment job_
_opportunity from Stacy Webb. It is management_
_responsibility before making a job offer to an_
_employee to do an evaluation. I had already_
_wrote ereassign in Indianapolis Indiana_
_on March 4 2021 regarding my 3972 and_
_the reason (wanting to be moved to an non-hostile_
_workplace environment). I want to be placed_
_in the assignment I was granted or one I just like it_
_and out of schedule pay for the new wages lost._

Witness/ Grievant _Alyce R. Anderson_ Steward/Rep. _____
( Signed)

Date: _July 20, 2022_

_Page 2 of 2_        _I have attached 6 Exhibits to_
_this grievance._

Case: 1:23-cv-01117 Document #: 1 Filed: 02/16/23 Page 31 of 67 PageID #:31

TO: ALYCE ANDERSON - FAX # 219-427-1683

**From:** Craig Fisher
**Sent:** Wednesday, October 5, 2022 10:50 AM
**To:** jackienwial@hotmail.com
**Subject:** CM222248

Jackie,

We are discussing the denial of the transfer for Alyce Anderson. Labor would be willing to resolve it by allowing her to transfer and give back pay to the time she should have transferred. However, she has a number of pending EEO's. The law department would like the grievance settlement to resolve any pending EEO related to her denial of transfer. We obviously cannot resolve her EEO. Can you check to see if she would be willing to withdraw or dismiss any EEO concerning her denial of a transfer? This would not have any effect on any other EEO she has pending.

| 1F 21T-1F-C2232629B | CM222248 | ANDERSON ALYCER | BUSSE IL P&DC |
|---|---|---|---|

**Craig Fisher**
**Maintenance NBA**
**Office # (937) 320-9454**
**Cell # (937) 956-1970**

PLEASE RESPOND TO CRAIG.

Please forward to Craig Fisher. A.R.B.

October 4, 2022

Attn: Labor and Law Department
HRNJ

I want the transfer to the US Postal Service Indiana District, to the e[rear]ssignment job offer I accepted or one identical to it. And also to settle the all wages lost not working on that accepted job offer. I would agree to resolve my EEO complaint Case No. 6K-JTC-0080-22 only. Please forward me a exact detail copy of the transfer agreement [l]ocation, and the total amount of the financial compensation to be paid and when.

Alyce L. Anderson

 Gmail

## FW: Step 3 Draft- A. Anderson
3 messages

**Craig Fisher** <cfisher@apwu.org>                          Fri, Oct 7, 2022 at 4:42 PM

Alyce Anderson,

We have reached an agreement for your transfer. Per your request you will be
placed in the original position or a mirror position. You will receive compensation
from the date you would have started until October 15th, the date you are to start.
You will be given a 8038 for backpay. This way you will get credit as if you worked
that timeframe. Once you return the EEO withdrawal form Labor process the
settlement.

Thanks,

*Craig Fisher*

*Maintenance NBA*

*Office # (937) 320-9454*

*Cell # (937) 956-1970*

**2 attachments**

📄 **Anderson -- EEO Withdrawal.pdf**
     96K

📄 **SKM_C36822100611540.pdf**
     87K

**Craig Fisher** <cfisher@apwu.org>                          Fri, Oct 7, 2022 at 4:53 PM

Alyce Anderson,

Please return the EEO withdrawal to me so I may send it to Labor in order to get you transfer settlement processed.


Thanks,


*Craig Fisher*

*Maintenance NBA*

*Office # (937) 320-9454*

*Cell # (937) 956-1970*


[Quoted text hidden]

---

**2 attachments**

 **Anderson -- EEO Withdrawal.pdf**
96K

 **SKM_C36822100611540.pdf**
87K

---

To: marcia.e.cole@usps.gov                                    Thu, Oct 20, 2022 at 9:24 AM

[Quoted text hidden]

---

**2 attachments**

**Anderson -- EEO Withdrawal.pdf**
96K

**SKM_C36822100611540.pdf**
87K



**UNITED STATES POSTAL SERVICE ®**

## Withdrawal of Complaint of Discrimination

Case Number
Alyce Anderson v. USPS PMG
Respondent No. 6X-270-0020-22

I do hereby voluntarily withdraw: *(Select one of the following.)*

[X] My request for EEO counseling or my formal EEO complaint in its entirety;

**Or**

[ ] The following allegation(s):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I fully understand that by withdrawing the complaint or allegation(s), I am waiving my rights to any further appeal of this complaint or allegation(s) through the EEO process. I further stipulate that my withdrawal did not result from harassment, threat, coercion, intimidation, promise or inducement.

**Privacy Act Statement and Rehabilitation Act Notice**

**Privacy Act Statement:** Your information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. Collection is authorized by 39 U.S.C. 401, 409, 410, 1001, 1005, and 1206. Providing the information is voluntary, but if not provided, we may not be able to process your request. We many disclose your information as follows: in relevant legal proceedings; to law enforcement when the U.S. Postal Service® (USPS®) or requesting agency becomes aware of a violation of law; to a congressional office at your request; to entities or individuals under contract with USPS; to entities authorized to perform audits; to labor organizations as required by law; to federal, state, local or foreign government agencies regarding personnel matters; to the Equal Employment Opportunity Commission; and to the Merit Systems Protection Board or Office of Special Counsel. For more information regarding our privacy policies visit *www.usps.com/privacypolicy.*

**Rehabilitation Act Notice:** Under the Rehabilitation Act, medical information is confidential and may only be requested or disclosed in very limited circumstances. Medical documentation about the complainant's and possible comparison employees' medical conditions and work restrictions may be requested in connection with the investigation of an EEO complaint. Information about medical restrictions (but not medical conditions) obtained in the course of an EEO investigation may be disclosed to supervisors and managers who need to know about restrictions on the work or duties of the employee and about necessary accommodations. Supervisors and managers are not permitted to share such information with peers or subordinates or to discuss the information with those who have no need to know and whose requests for the information are not job-related and consistent with business necessity.

| Signature of Claimant | Print Name of Claimant | Date |
|---|---|---|
| | **Alyce Anderson** | |

PS Form **2564-C**, October 2015

 **Gmail**

## Missing EEO settlement agreement letter
6 messages

To: Craig Fisher <cfisher@apwu.org>, marcia.e.cole@usps.gov
Sat, Oct 8, 2022 at 4:07 PM

October 8, 2022

Craig Fisher
Maintenance National Business Agent
American Postal Workers Union, AFL-CIO
1435 Research Park Drive
Dayton, Ohio 45432
Office: 937-956-1970
Cell: 937-320-9454

Reference: EEO Case No. 6X-270-0020-22 and Grievance No CM222-248

I am in receipt of your communication, thank you. But I did not receive or see a copy
attached of the EEO Settlement Agreement document. For me to review and sign.
Before I sign any document agreeing to withdraw my EEO Complaints Case.

Please ask the Labor Official that you are in communication with to forward me a
very detailed copy of the EEO Settlement Agreement for me to sign. Please make
sure it includes the following:

1.) Date
2.) Title
3.) Location (Address of the Post Office I will be working at)
4.) Job Position
5.) Work Schedule
6.) Hourly Salary (Paygrade)
7.) Dollar $ amount of the Backpay (Down to the exact Penny)
8.) Date (When I will receive the Backpay)

Respectfully,

Alyce Anderson
2266 W. 10th Ave.
Gary, Indiana 46404
219-427-1683 Landline/Fax

cc: Marcia Cole
USPS Central Area -Region 3
A/EEO ADR Specialist
3939 Vincennes Road
Indianapolis, Indiana 46298-9411
Office: 317-870-8615

---

**Craig Fisher** <cfisher@apwu.org>
Sun, Oct 9, 2022 at 8:49 AM

Alyce Anderson,

We have reached an agreement on your grievance for a transfer through the grievance procedure. I only deal with issues through the grievance/arbitration procedure. The USPS handles issues through the grievance/arbitration procedure, EEO process, MSPB and a variety of other processes.

In this case there is no EEO settlement for you to sign. I have resolved the grievance with labor relations. In order to finalize your transfer the attorneys that request you withdraw your EEO only dealing with your EEO on the transfer.

The position will either be the position you accepted or a mirror position. If it is a mirror position it will be the same as the position you accept, same facility, same pay level, same hours, same non-scheduled days, same duties.

You backpay will be paid based on the from 8038. The form 8038 is the form for backpay so the you will get credit as if you worked from the date your were originally scheduled to work.

I hope this answers your questions.

*Craig Fisher*

*Maintenance NBA*

*Office # (937) 320-9454*

*Cell # (937) 956-1970*

[Quoted text hidden]

To: Craig Fisher <cfisher@apwu.org>                                    Tue, Oct 11, 2022 at 1:26 AM

I apologize but I cannot withdraw my EEO complaint without an official EEO settlement detail agreement document with the terms for the settlement agreement and the exact amount of compensation I will receive and the date I will receive that payment on it, for me to sign. And next to my name is the name of the US Postal Service official authorizing the deal. I am representing myself in my EEO complaint against the Indiana District and I have settled other cases. If Labor or EEO wants to talk to me about settling the EEO they can reach out to me, my number is 219-427-1683 Landline/Fax.
If you are working to settle my grievance just settle the grievance then, the correspondence you are sending me are very vague and not providing me any real information, at all. All of the details have to be ironed out first, forms for backpay are never filled out after the fact.

Respectfully,

Alyce Anderson
219-427-1683 Landline/Fax

[Quoted text hidden]

---

Thu, Oct 20, 2022 at 10:20 AM

To: cwalker@apwu.org
Bcc: marcia.e.cole@usps.gov

Mr. Walker

I received a telephone call this morning from the EEO ADR Specialist (Ms. Cole) Indiana. And I have copied her on the previous communication
I had received from Mr. Fisher and am forwarding her a copy of this one as well. Mr. Walker, I have no detailed information. There was NO location,
position, work schedule, pay/salary, exact dollar amount of compensation I will receive, and the date when I will receive the compensation. I need
to know and have all of this information before I can proceed and withdraw my EEO case. I will have to adjust my schedule at home, make travel
arrangements/dry run to from the location, etc. If Mr. Fisher and/or you were negotiating with USPS Labor then all of the detailed information that I
requested should have been worked out already, in detail, to send to me to look over before I was contacted by the APWU union on October 6,
2022 and before I agreed to withdraw my EEO complaints case. Saying it is the "same" is not detail information, saying I will be given a form 8038
is not giving me the dollar amount of the compensation and when I will receive the payment. It would be irresponsible and very stupid of me to
withdraw my EEO case and not know anything, not seeing anything in writing, or not signing any type of detailed settle agreement first. This is the
common practice done with any settlement agreement.

Respectfully,
Alyce Anderson
2266n W. 10th Ave.
Gary, Indiana 46404
219-427-1683 Landline/Fax
[Quoted text hidden]

---

**Curtis Walker** <cwalker@apwu.org>                                           Thu, Oct 20, 2022 at 11:56 AM

Cc: "heather.a.ash@usps.gov" <heather.a.ash@usps.gov>, Craig Fisher <cfisher@apwu.org>

Ms. Anderson,


Mr. Fisher provided you all of the information you should need to make a decision. He cannot tell you the exact dollar figure you will be paid as the backpay process is handled via an 8038/8039. This form requires you to fill out the information and a final calculation is made after the form is completed. I am certain Mr. Fisher will assist you in completing the form correctly. However, no one at this stage in the agreement can point and say your total compensation will be XX amount of dollars. That is impossible to figure out at this time. However, Craig assured you he would do everything he could to ensure you would get every dime you are owed. But if you are asking to receive a dollar amount that information cannot be provided and you will need to make a decision based on that. In his email you provided, he gave you the information on the bid you would go into. I am unsure what you are unclear of "The position will either be the position you accepted or a mirror position. If it is a mirror position it will be the same as the position you accept, same facility, same pay level, same hours, same non-scheduled days, same duties." I believe this spells out exactly the position you will be placed in. I agree it is a common practice to see a settlement and the parties at Step 3 have reviewed and made agreements, however the sharing of that settlement cannot be finalized until you make a decision on your EEO. It would also be unwise of Craig and his counterpart to share a settlement without some assurance from you that you will comply with the key factor of you withdrawing your EEO. I hope this clarifies some of your concerns. Thank you.

Curtis Walker

Maintenance NBA

Office: 952-854-0093

Cell: 810-836-5724

[Quoted text hidden]

---

**Craig Fisher** <cfisher@apwu.org>                                    Mon, Oct 31, 2022 at 12:04 PM

Alyce Anderson

I will try again to address your concerns. It appears in your email that you are primarily concerned with the EEO settlement. As previously explained I am only dealing with your grievance. However, the USPS is dealing with your grievance as well as you EEO. I will try to address your issues.

I apologize but I cannot withdraw my EEO complaint without an official EEO settlement detail agreement document with the terms for the settlement agreement and the exact amount of compensation I will receive and the date I will receive that payment on it, for me to sign. And next to my name is the name of the US Postal Service official authorizing the deal. I am representing myself in my EEO complaint against the Indiana District and I have settled other cases. If Labor or EEO wants to talk to me about settling the EEO they can reach out to me, my number is 219-427-1683 Landline/Fax. **(I am not handling you EEO. The USPS and the APWU had a tentative agreement, however based on the USPS attorneys they wanted the settlement to resolve the grievance and the EEO. Since I do not represent you in the EEO processed I asked, via your Local President if you were willing to withdraw the EEO related only to the transfer if we resolved the transfer grievance. You stated you would withdraw the EEO only related to the transfer and you provided the EEO case number for that issue. Therefor there is no EEO settlement detail and nothing for you to sign.)**

If you are working to settle my grievance just settle the grievance then, the correspondence you are sending me are very vague and not providing me any real information, at all. **(As previously explained, I am only dealing with the grievance. However, the USPS has to deal with more than just the grievance. At this point they are unwilling to resolve the grievance due to your EEO on the same issue.)**

All of the details have to be ironed out first, forms for backpay are never filled out after the fact. **(Forms for backpay are filled out after the agreement is reached as it is not possible to determine backpay until an agreement is reached.)**

The details of the tentative grievance settlement were clear. The position you were to be awarded was the exact position you excepted, of a mirror position which would be exactly the same (mirrored) with a different position number. Whatever information you relied upon to make you decision to accept the position originally would apply to the position you would be awarded in the grievance settlement. The backpay and entitlements would be the same as if you had reported to work on the originally scheduled date.

You desire to continue with you EEO is your choice.

 Gmail



## EEO Case 6X-270-0020-22

1 message

Tue, Oct 11, 2022 at 6:19 PM

To: marcia.e.cole@usps.gov

Marcia  Cole
A/EEO ADR Specialist
Central Area Region 3
3939 Vincennes Road
Indianapolis, IN. 46298-9411

On October 6, 7, and 10, 2022 I received communications from APWU
Union representative about Labor wanting to settle my EEO complaints
case no. 6X-270-0020-22. But they cannot provide me with a detailed copy
of a settlement agreement for me to sign. Union Rep. and Labor wants me
to sign a withdrawal form with no written out settlement agreement.
Ms. Cole, if EEO wants to settle my EEO complaints case with me please
reach out to me, I am not sure what the Union Rep. and Labor is up to.


Respectfully,
Alyce Anderson
219-427-1683 Landline/Fax

 **Gmail**

## Spoke with EEO

2 messages

---

To: Craig Fisher <cfisher@apwu.org>                      Wed, Oct 12, 2022 at 3:54 PM

Craig Fisher
Maintenance NBA
American Postal Workers Union, AFL-CIO

I received a telephone call very early this morning from Marcia Cole
EEO ADR Specialist Indiana. And she cleared up a misunderstanding
that I was having. If you are working on a grievance settlement for me
in regards to CM222-248 why are you trying to involve my EEO
complaint, and just work on settling my grievance. Also as I stated
in my previous communication. I need to see on paper and know the
exact details of the agreement, and why I would withdraw my EEO
complaints case without having a very good reason too.


Respectfully,
Alyce Anderson
219-427-1683 Landline/Fax

---

**Craig Fisher** <cfisher@apwu.org>                      Mon, Oct 31, 2022 at 2:29 PM

**I am not handling your EEO. The USPS and the APWU had a tentative agreement, however based on the USPS
attorneys they wanted the settlement to resolve the grievance and the EEO. Since I do not represent you in the
EEO processed I asked, via your Local President if you were willing to withdraw the EEO related only to the
transfer if we resolved the transfer grievance. You stated you would withdraw the EEO only related to the transfer
and you provided the EEO case number for that issue.**


*Craig Fisher*

*Maintenance NBA*

*Office # (937) 320-9454*

*Cell # (937) 956-1970*

[Quoted text hidden]

---

 Gmail

## Griev # CM222-248 (Settlement) - Anderson, Alyce

3 messages

**Cole, Marcia E - Indianapolis, IN** <marcia.e.cole@usps.gov>
To: "cfisher@apwu.org" <cfisher@apwu.org>

Tue, Oct 18, 2022 at 10:18 AM

Hello Mr. Fisher,

Please see the Counselee's, Alyce Anderson, email below, requesting additional information regarding details of the grievance settlement.

Counselee is requesting additional information before she signs the EEO Withdrawal.

Thank you.

Marcia Cole

EEO ADR Specialist

Central Area - Region 3

3939 Vincennes Road

Indianapolis IN 46298-9411

Office: (317) 870-8615

eFax: (650) 357-6699

marcia.e.cole@usps.gov

\*\*\*\*\*\*\*\*\*\* Confidentiality Notice \*\*\*\*\*\*\*\*\*\*
This electronic transmission and any attached documents or other writings are confidential and are for the sole use of the intended recipient(s) identified above. This message may contain information that is privileged, confidential or otherwise protected from disclosure under applicable law. If the receiver of this information is not the intended recipient, or the employee, or agent responsible for delivering the information to the intended recipient, you are hereby notified that any use, reading, dissemination, distribution, copying or storage of this information is strictly prohibited. If you have received this information in error, please notify the sender by return email and delete the electronic transmission, including all attachments from your system.

**Sent:** Saturday, October 8, 2022 5:07 PM
**To:** Craig Fisher <cfisher@apwu.org>; Cole, Marcia E - Indianapolis, IN <marcia.e.cole@usps.gov>
**Subject:** [EXTERNAL] Missing EEO settlement agreement letter

**CAUTION**: This email originated from outside USPS. **STOP and CONSIDER** before responding, clicking on links, or opening attachments.

October 8, 2022

Craig Fisher

Maintenance National Business Agent

American Postal Workers Union, AFL-CIO

1435 Research Park Drive

Dayton, Ohio 45432

Office: 937-956-1970

Cell: 937-320-9454

Reference: EEO Case No. 6X-270-0020-22 and Grievance No CM222-248

I am in receipt of your communication, thank you. But I did not receive or see a copy attached of the EEO Settlement Agreement document. For me to review and sign. Before I sign any document agreeing to withdraw my EEO Complaints Case.

Please ask the Labor Official that you are in communication with to forward me a very detailed copy of the EEO Settlement Agreement for me to sign. Please make sure it includes the following:

1.) Date

2.) Title

3.) Location (Address of the Post Office I will be working at)

4.) Job Position

5.) Work Schedule

6.) Hourly Salary (Paygrade)

7.) Dollar $ amount of the Backpay (Down to the exact Penny)

8.) Date (When I will receive the Backpay)

Respectfully,

Alyce Anderson

2266 W. 10th Ave.

Gary, Indiana 46404

219-427-1683 Landline/Fax

cc: Marcia Cole

USPS Central Area -Region 3

A/EEO ADR Specialist

3939 Vincennes Road

Indianapolis, Indiana 46298-9411

Office: 317-870-8615

---

**Cole, Marcia E - Indianapolis, IN** <marcia.e.cole@usps.gov>
To: "cwalker@apwu.org" <cwalker@apwu.org>

Thu, Oct 20, 2022 at 7:44 AM

Hello Mr. Walker,

Craig Fisher's out of office informed to contact you, while he's on vacation.

Please see email string below.  Can you provide Alyce Anderson details of the grievance settlement?

[Quoted text hidden]

---

**Curtis Walker** <cwalker@apwu.org>
To: "Cole, Marcia E - Indianapolis, IN" <marcia.e.cole@usps.gov>

Thu, Oct 20, 2022 at 7:54 AM

Marcia,

Craig Fisher prior to going on leave sent Ms. Anderson a detailed email answering the concerns/questions she had. Craig included me on that email knowing I would be dealing with this issue.  I am working with Craig's counterpart today and I will ask her if she has anything to add but Craig had included her on the email also.  I believe at this time Ms. Anderson has all of the information necessary to make a decision.

Curtis Walker

Sent from my Verizon, Samsung Galaxy smartphone
[Quoted text hidden]

 **Gmail**

## SCHEDULE MEDIATION for EEO 6X270002022

1 message

To: marcia.e.cole@usps.gov                                    Mon, Oct 24, 2022 at 12:01 PM

Goodmorning,

Ms. Marcia Cole (EEO ADR Specialist),

First, I want to sincerely apologize for wasting your time. It appears now that the whole offer was an hoax or scam being orchestrated on the part of the American Postal Workers Union Local 7140 and the NBA to cause me HARM. I received an communication from Mr. Curtis Walker (APWU) over the weekend and he states that Mr.Craig Fisher provided me with all of the information that was needed. I do not know the location, the job title, I do not know the hours/shift, the salary, or the amount of the settlement to be paid to me. This is not normal behavior. So unfortunately it appears to be a scam and there was NO REAL grievance settlement being made to me.

Respectfully,

Alyce R. Anderson
2266 W. 10th Ave.
Gary, Indiana 46404
219-427-1683 Landline/Fax

Date: _December 13, 2022_

Secretary- Treasurer or Treasurer
National Executive Board
American Postal Workers Union
1300 L. Street N.W.
Washington, DC. 20005

## Member Charges

The National Executive Board of this Union shall have jurisdiction to hear and determine any and all charges under the Articles or the Constitution. A charge by a member that a member has violated the national Constitution or Bylaws or the Constitution or Bylaws of a local, state, or regional organization must be specifically set forth in writing and signed by the member making the charge.

Each alleged offense:

1.) Who is being charged: _Craig Fisher, National Business Agent_

2.) Exact nature of the alleged offense: _Please read the attached 2 page statement of offenses. Also attached several pages of exhibits_

3.) Period of time during which the alleged offense took place: _October 6, 7, 9, and 31st 2022._

4.) The Constitutional provision allegedly violated: _APWU Constitution article 15 1(c) article 15 1(d) 3rd of rights 1, 6, 9 and 10. USPS ELM 661.2(L), ELM 911.3, Duty of Fair Representation_

Respectfully,

_Alyce R. Anderson_
Alyce R. Anderson
2266 W. 10th Ave.
Gary, Indiana 46404
219-427-1683 Landline/Fax

December 13, 2022                                                    Page 1 of 2

National Executive Board
Secretary Treasurer
American Postal Workers Union, AFL-CIO
1300 L. Street N.W
Washington, DC 20005
Fax: 202-842-8530

Member Charges

NATURE of the ALLEGED OFFENSES

On October 6, 7, 9, and 31st 2022 American Postal Workers Union AFL-CIO National Business Agent
and Union Step 3 Designee CRAIG FISHER violated the Constitutions article 15 1(c) and 15 1(d),
18 U.S Code 1001 (a)(2) and (a)(3), breach of the Duty of Fair Representation and Fiduciary Duties.
When he (Fisher) contacted an employee about a fictitious grievance settlement for CM 222-248.

On October 6, 2022 I received a communication by fax from Jackie Englehart, President of NWIAL
7140 office forwarded to her by American Postal Workers Union, AFL-CIO National Business Agent
and Union Step 3 Designee Craig Fisher. Stating he (Fisher) was discussing with USPS Labor about
their denial of my transfer (that was approved and accepted on May 11, 2022 by the USPS Indiana
District) and for me to receive back pay if I was to resolve/withdraw any pending EEO complaint. I
immediately once I read the communication forwarded my response back to Jackie Englehart and the
NWIAL 7140 office to send to Craig Fisher (dated incorrectly by me). On October 7, 2022 I
received an response from Craig Fisher with an EEO withdrawal form for my EEO complaints case
but not a copy of the details regarding the APWU Union Step 3 grievance settlement reached with
the dollar amount of the back pay I was to receive and when I would receive the back pay. On
October 8, 11, 12-2022 I informed Craig Fisher that I could not withdraw my EEO complaints case
(which has nothing to do with the union) and I have NO detail information about the CM222-248
settlement agreement. I repeatedly asked if he (Fisher) could provide me with WHERE (the location
I would be working at), WHAT (the job position), WHEN (start time of my shift), BACK PAY ( the
dollar amount). The only thing Craig Fisher would say is that it was a similar or mirror position to
the one I had accepted and that I was to fill out forms later for back pay after I start. His (Fisher)
responses did not make any sense, why can't he (Fisher) provide with any information. So, I reached
out to the USPS EEO ADR Specialist handling the complaint case for the Indiana District to request
a copy of the APWU Union grievance settlement agreement before I agree to withdraw my EEO case.
And the EEO ADR Specialist never heard of Craig Fisher, was never contacted by anyone from USPS
Labor or Law Department. She (Cole) had NO idea what I was even talking about. I feel like this was
a "SCAM" being orchestrated by APWU NBA Union Step 3 Designee Craig Fisher trying to cut a
deal to gain favor with USPS Management officials for himself (Fisher), no matter if I am HARMED
or was caused any HARM by his actions. As of today December 13, 2022 American Postal Workers
Union, AFL-CIO National Business Agent Union Step 3 Designee Craig Fisher still has not provided
me with any type of grievance settlement agreement detail information for CM222-248, I asked Fisher
to leave EEO out of it. There is enough information on my side to settle the grievance in my favor.

December 13, 2022                                                    Page 2 of 2

National Executive Board
Secretary Treasurer
American Postal Workers Union, AFL-CIO
1300 L. Street N.W
Washington, DC 20005
Fax: 202-842-8530

### Member Charges

### NATURE of the ALLEGED OFFENSES

On multiple occasions United States Postal Service Human Resources and eReassignment Indiana District had been made aware of my (employee) attendance record by USPS Chicago Metro Surface Hub Management officials and personal in writing by me (the employee). That I was still waiting for a response to and to receive Reasonable Accommodation because of an HOSTILE, UNSAFE, and UNHEALTHY workplace environment. On September 13, 2022 I formally requested that Craig Fisher RECUSE himself from any further union representation of me in regards to Union Step 3 decision meetings. Because he(Fisher) keeps agreeing to hold my grievances in abeyance when he (Fisher) has more than enough evidence to settle whatever grievance in my favor but he does not want to do so. Craig Fisher actions are discriminatory, negligent, in bad faith, and a felony when he (Fisher) lied about an union grievance settlement agreement to an employee and could not provide NO information what so ever about the location, job position, start time, salary, amount of back pay to be received and when but asked an employee to withdraw an EEO complaint from another state and sent the employee a withdrawal form but NO union grievance settlement information, "SCAM".

I respectfully request that the National Executive Board of the American Postal Workers Union, AFL-CIO take the appropriate action against National Business Agent Union Step 3 Designee Craig Fisher For his violations of the APWU Constitution and Bylaws, 18 U.S Code 1001, and a breach of the Duty of Fair Representation and Fiduciary Duties.

Respectfully,
Alfred Anderson

# American Postal Workers Union, AFL-CIO

1300 L Street, NW, Washington, DC 20005

December 22, 2022

**Elizabeth 'Liz' Powell**
Secretary-Treasurer
1300 L Street, NW
Washington, DC 20005
202-842-4215 (Office)
202-842-8530 (Fax)

**National Executive Board**

Mark Dimondstein
President

Debby Szeredy
Executive Vice President

Elizabeth "Liz" Powell
Secretary-Treasurer

Charlie Cash
Director, Industrial Relations

Lamont Brooks
Director, Clerk Division

Idowu Balogun
Director, Maintenance Division

Michael O. Foster
Director, MVS Division

Arrion Brown
Director, Support Services Division

Sharyn M. Stone
Coordinator, Central Region

AJ Jones
Coordinator, Eastern Region

Tiffany Foster
Coordinator, Northeast Region

Yared Wonde
Coordinator, Southern Region

Omar M. Gonzalez
Coordinator, Western Region

SENT FIRST CLASS AND CERTIFIED RETURN RECEIPT: 7022 2410 0000 9582 4183

Alyce Anderson
2266 W 10th Ave
Gary, IN 46404

**RE:     C22-009 & C22-011 Alyce Anderson vs Craig Fisher**

Dear Sister Anderson,

I am in receipt of your November 17, 2022 and December 13, 2022 charges against National Business Agent Craig Fisher alleging that he has violated Article 15.1 (c) and (d) and Bill of Rights Nos. 1, 6, 9 and 10 of the APWU National Convention. I am dismissing your charges because they do not allege actions that fall within the purview of Article 15.

Specifically, you allege only that NBA Fisher did not adequately represent you with respect to grievances against the U.S. Postal Service and thereby breached the duty of fair representation. Such charges cannot be pursued through Article 15, as they do not allege that NBA Fisher interfered with your rights as a member of the APWU.

For these reasons, I am dismissing all charges dated November 17, 2022 and December 13, 2022, against NBA Fisher. You have the right to appeal my decision in accordance with the National Constitution.

With best wishes, I remain

Yours in Union Solidarity

*[signature]*

Elizabeth Powell
Secretary-Treasurer

EP:AAT:mlt
opeiu #2//afl-cio

cc: Craig Fisher, Charged Party
SENT FIRST CLASS AND CERTIFIED RETURN RECEIPT: 7022 2410 0000 9582 4077

# American Postal Workers Union, AFL-CIO

1300 L Street, NW, Washington, DC 20005

January 10, 2023

**Elizabeth 'Liz' Powell**
Secretary-Treasurer
1300 L Street, NW
Washington, DC 20005
202-842-4215 (Office)
202-842-8530 (Fax)


**National Executive Board**

Mark Dimondstein
President

Debby Szeredy
Executive Vice President

Elizabeth "Liz" Powell
Secretary-Treasurer

Charlie Cash
Director, Industrial Relations

Lamont Brooks
Director, Clerk Division

Idowu Balogun
Director, Maintenance Division

Michael O. Foster
Director, MVS Division

Arrion Brown
Director, Support Services Division

Sharyn M. Stone
Coordinator, Central Region

AJ Jones
Coordinator, Eastern Region

Tiffany Foster
Coordinator, Northeast Region

Yared Wonde
Coordinator, Southern Region

Omar M. Gonzalez
Coordinator, Western Region

SENT FIRST CLASS AND CERTIFIED RETURN RECEIPT: 7022 2410 0000 9582 4145

Alyce Anderson
2266 W 10th Ave
Gary, IN 46404

**RE:    C22-009 & C22-011 Alyce Anderson vs Craig Fisher**

Dear Sister Anderson,

In response to your request your right to appeal is in accordance with Art. 15, Sec. 4(f) not to exceed 30 days from receipt of the dismissal letter.

Best wishes and Kind Regards,

Yours in Union Solidarity

Elizabeth Powell
Secretary-Treasurer

EP:AAT:mlt
opeiu #2//afl-cio

*January 23, 2023*

National Executive Board
Secretary Treasurer
American Postal Workers Union, AFL-CIO
1300 L. Street N.W.
Washington, DC. 20005

*C 22-009 ( Member Charges)*
*Brief in Support of my Appeal*

On August 30, 2022 Craig Fisher Union Step 3 Designee APWU National Business Agent agreed to hold my grievance CM222186 in abeyance pending the EEO decision for complaint #1F-341-0410-22. This is a clear violation of the APWU Constitution and Bylaws Articles 15 1(c) and 1(d). And in violation and breach of the Duty of Fair Representation and Fiduciary Duties. The US Postal Service Labor Relations Step 3 Designee (Heather Ash), Craig Fisher met with and agreed to hold my grievance CM222186 in abeyance with is one of the USPS violating management officials named in my EEO Complaints #1F-341-0410-22. Craig Fisher does not represent me in any EEO complaints case and any decision made by USPS EEO is irrelevant, does not pertain to, and should have NO bearings on the Union Step 3 grievance decision meetings. My grievance CM222186 is that US Postal Service management officials back dated and created a fake/fraudulent document in response to my March 28, 2021 request for ReConsideration (of their decision denying my request for Reasonable Accommodation) in order to defraud an employee of the financial compensation owed for USPS management officials once again not responding to and ignoring again an employee request for Reasonable Accommodation violating ELM 24 and the APWU Union settlement agreement made (without my knowledge) for my grievance CM220331. And denying on October 29, 2021 the Union Step 3 decision meeting for my grievance CM221171. I never received from the US Postal Service any acknowledgment or response and stated that fact to the Union, the US Postal Service was lying and committed fraud which is a felony 18 USC 1001 and violation of ELM 661.2 and asked for the proof, proof of service and delivery to my home (USPS tracking number). Everything that USPS management officials sent/mail to my home has a tracking number on it or attached to it. I even have blank 3971's and blank FMLA forms sent/mailed to my home from USPS management officials with USPS tracking numbers attached to them. Also USPS management officials LOVE to wave around in employees faces and to union officials these USPS tracking numbers, to try an discipline, intimidate, or fire an employee. When Craig Fisher, Union Step 3 Designee, met with the US Postal Service Labor Relations Specialist on August 26, 2022, Fisher should have demanded the proof of service and delivery to my home of the document mentioned by USPS Labor Relations Specialist on October 29, 2021 and Fisher should have demanded proof that the document was NOT fraudulent and back dated to defraud an employee out of the financial compensation owed to her. All of this information would be in the USPS management officials system (who name is on the document), and the date in which my request was acknowledged, responded to and mailed to my home. The USPS management officials had since June of 2022 when my grievance CM222186 was filed, to do so, if they could not provide any proof when the document was created and when the document was mailed to the employee home.

January 23, 2023                                        Page 1 of 2

National Executive Board
Secretary Treasurer
American Postal Workers Union, AFL-CIO
1300 L. Street N.W
Washington, DC 20005
Fax: 202-842-8530

C22-011 ( Member Charges)
Brief in Support of my Appeal

On October 6, 7, 9, and 31st 2022 American Postal Workers Union AFL-CIO National Business Agent and Union Step 3 Designee CRAIG FISHER violated the Constitutions article 15 1(c) and 15 1(d), 18 U.S Code 1001 (a)(2) and (a)(3), breach of the Duty of Fair Representation and Fiduciary Duties. When he (Fisher) contacted an employee about a fictitious grievance settlement for CM 222-248.

On October 6, 2022 I received a communication by fax from Jackie Englehart, President of NWIAL 7140 office forwarded to her by American Postal Workers Union, AFL-CIO National Business Agent and Union Step 3 Designee Craig Fisher. Stating he (Fisher) was discussing with USPS Labor about their denial of my transfer (that was approved and accepted on May 11, 2022 by the USPS Indiana District) and for me to receive back pay if I was to resolve/withdraw any pending EEO complaint. I immediately once I read the communication forwarded my response back to Jackie Englehart and the NWIAL 7140 office to send to Craig Fisher (dated incorrectly by me). On October 7, 2022 I received an response from Craig Fisher with an EEO withdrawal form for my EEO complaints case but not a copy of the details regarding the APWU Union Step 3 grievance settlement reached with the dollar amount of the back pay I was to receive and when I would receive the back pay. On October 8, 11, 12-2022 I informed Craig Fisher that I could not withdraw my EEO complaints case (which has nothing to do with the union) and I have NO detail information about the CM222-248 settlement agreement. I repeatedly asked if he (Fisher) could provide me with WHERE (the location I would be working at), WHAT (the job position), WHEN (start time of my shift), BACK PAY ( the dollar amount). The only thing Craig Fisher would say is that it was a similar or mirror position to the one I had accepted and that I was to fill out forms later for back pay after I start. His (Fisher) responses did not make any sense, why can't he (Fisher) provide with any information. So, I reached out to the USPS EEO ADR Specialist handling the complaint case for the Indiana District to request a copy of the APWU Union grievance settlement agreement before I agree to withdraw my EEO case. And the EEO ADR Specialist never heard of Craig Fisher, was never contacted by anyone from USPS Labor or Law Department. She (Cole) had NO idea what I was even talking about. I feel like this was a "SCAM" being orchestrated by APWU NBA Union Step 3 Designee Craig Fisher trying to cut a deal to gain favor with USPS Management officials for himself (Fisher), no matter if I am HARMED or was caused any HARM by his actions. As of today December 13, 2022 American Postal Workers Union, AFL-CIO National Business Agent Union Step 3 Designee Craig Fisher still has not provided me with any type of grievance settlement agreement detail information for CM222-248, I asked Fisher to leave EEO out of it. There is enough information on my side to settle the grievance in my favor.

The duty of fair representation stems from the union's role as the employee's exclusive bargaining representative. *Steele v. Louisville & Nashville R. Co.*, 323 U.S. 192, 202 (1944). "A breach of the statutory duty of fair representation occurs only when a union's conduct toward a member of the collective bargaining unit is arbitrary, discriminatory, or in bad faith." *Vaca v. Sipes*, 386 U.S. 171, 190 (1967). This test applies to all union activities, *Air Line Pilots Ass'n, Int'l v. O'Neill*, 499 U.S. 65, 67 (1991), and encompasses "three separate and distinct" avenues "by which a union may be found to have breached its duty." *Black v. Ryder/P.I.E. Nationwide, Inc.*, 15 F.3d 573, 584 (6th Cir. 1994).

*Slater v. Am. Postal Workers Union*, Civil Action 21-cv-11326, 5 (E.D. Mich. Feb. 14, 2022)

Under the NLRA, it is illegal for a union or for the union that represents you in bargaining with your employer to:
• Threaten or coerce you in order to gain your support for the union. • Refuse to process a grievance because you have criticized union officials or because you are not a member of the union. • Use or maintain discriminatory standards or procedures in making job referrals from a hiring hall. • Cause or attempt to cause an employer to discriminate against you because of your union-related activity. • Take adverse action against you because you have not joined or do not support the union. If you and your co-workers select a union to act as your collective bargaining representative, your employer and the union are required to bargain in good faith in a genuine effort to reach a written, binding agreement setting your terms and conditions of employment. The union is required to fairly represent you in bargaining and enforcing the agreement.

660 Conduct

## 661.2 Application to Postal Employees

In addition to the statutes listed in Title 5, Code of Federal Regulations (CFR), Part 2635.901–902, the following statutes and regulations are applicable to all employees in the Postal Service.

661.2(a) Prohibition against bribery, graft, and conflicts of interest (18 U.S.C. 201, 203, 205, 208, and 209).

661.2(b) Prohibition against fraud or false statements in a government matter (18 U.S.C. 1001).

661.2(c) Prohibition against the use of deceit in an examination or personnel action in connection with government employment (18 U.S.C. 1917).

## 664 Bribery, Undue Influence, or Coercion

- Any instance in which a person either within or outside the Postal Service uses or attempts to use bribery, undue influence, or coercion to induce or attempt to induce the employee to act or neglect to act in regard to official responsibilities.

- Any information that causes the employee to believe that there has been a violation of a federal criminal statute or any law or regulation directly or indirectly related to the responsibility of the Postal Service.

# 9 Labor Relations

## 911.3 Conflict of Interests

Supervisors and certain other employees may not actively participate in the management of a labor organization including voting in intra–union elections or acting as a representative of a labor organization when it would result in a conflict of interest, or apparent conflict of interest, or otherwise be incompatible with law or with the official duties of the supervisor or employee.

# COLLECTIVE BARGAINING AGREEMENT

Between
**American Postal Workers Union, AFL-CIO**

And
**U.S. Postal Service**

**September 21, 2018
September 20, 2021**



## Section 6. Performance of Bargaining Unit Work

A. Supervisors are prohibited from performing bargaining unit work at post offices with 100 or more bargaining unit employees, except:

1. in an emergency;

2. for the purpose of training or instruction of employees;

3. to assure the proper operation of equipment;

4. to protect the safety of employees; or

5. to protect the property of the USPS.

B. In offices with less than 100 bargaining unit employees, supervisors are prohibited from performing bargaining unit work except as enumerated in Section 6.A.1 through 5 above or when the duties are included in the supervisor's position description.

(See Memos, pages 270, 271)

(The preceding Article, Article 1, shall apply to PSEs)

## ARTICLE 2
## NONDISCRIMINATION AND CIVIL RIGHTS

### Section 1. Statement of Principle

The Employer and the Union agree that there shall be no discrimination by the Employer or the Union against employees because of race, color, creed, religion, national origin, sex, **(including pregnancy),** age, or marital status.

In addition, consistent with the other provisions of this Agreement, there shall be no unlawful discrimination against **individuals with disabilities**, as prohibited by the Rehabilitation Act.

(See Memos, pages 273, 274)

### Section 2. Committees

There are established at the National and APWU Regional/ USPS Area Levels Joint Committees on Human Rights. The Committees will be composed of responsible representatives

4

protective equipment availability and its use; cleanup and disposal requirements for hazardous materials;

4. all mailbags containing any hazardous materials, as defined in Publication 52, will be appropriately identified so that the employee handling the mail is aware that the mailbag contains one (1) or more hazardous material packages;

5. personal protective equipment will be made available to employees who are exposed to spills and breakage of hazardous materials.

## Section 9.  Field Federal Safety and Health Councils

In those cities where Field Federal Safety and Health Councils exist, one (1) representative of the Union who is on the Local Safety and Health Committee in an independent postal installation in that city and who serves as a member of such Councils, will be permitted to attend the meetings. Such employee will be excused from regularly assigned duties without loss of pay. Employer authorized payment as outlined above will be granted at the applicable straight-time rate, provided the time spent in such meetings is a part of the employee's regular work day.

(See Memos, pages 316 and 317)

(The preceding Article, Article 14, shall apply to PSEs)

## ARTICLE 15
## GRIEVANCE-ARBITRATION PROCEDURE

### Section 1. Definition

A grievance is defined as a dispute, difference, disagreement or complaint between the parties related to wages, hours, and conditions of employment. A grievance shall include, but is not limited to, the complaint of an employee or of the Union which involves the interpretation, application of, or compliance with the provisions of this Agreement or any Local Memorandum of Understanding not in conflict with this Agreement.

78

# CONSTITUTION

### AND

# BYLAWS

### OF THE

# AMERICAN POSTAL
# WORKERS UNION

### AFL-CIO



**AS AMENDED AUGUST 23, 2018**

## MEMBERS' BILL OF RIGHTS

1. Every member has the right to be respected as a human being.

2. Every member has the right to be respected as a brother or sister of this Union.

3. Every member has the right to freedom of speech and the right to be heard.

4. Every member has the right to the freedom to listen.

5. Every member has the right to the freedom of the press.

6. Every member has the right to participate in the activities of this Union.

7. Members shall not be denied the right to seek any office or the right to vote in this Union because of race, color, creed, sex, sexual orientation, nationality, handicap, political affiliation, age or religion.

8. Every member has the right to support the candidate of his/her choice and to participate in that right with others.

9. Every member has the right to a fair trial, to be represented by an individual of his or her choice and to proper appeal procedures.

10. Every member has the right to be secure in his or her basic rights without fear of political, economic, physical or psychological intimidation.

v

## ARTICLE 15
### *Local and Membership Protection*

The following shall constitute offenses, the commission of which shall subject any officer or member of the American Postal Workers Union, or of any subordinate body of APWU, or a subordinate body itself, to disciplinary action as set forth herein:

SEC. 1. (a) Violating any provision of the Constitution or Bylaws of the APWU or of a subordinate body, or failure to perform duties or functions specified or required therein;

(b) Engaging in a movement which has for its purpose the fostering of a rival organization;

(c) Violating the right of members to be free from discrimination on the basis of race, color, creed, sex, sexual orientation, nationality, handicap, political affiliation, age, or religion;

(d) Engaging in conduct that would expose the APWU to civil liability;

(e) Joining or lending active support to any organization or movement, whose purposes and objectives are contrary to the fundamental principles of the government of the United States of America, such as a communist or fascist movement.

(f) An officer or member or subordinate body found guilty of any of the foregoing after the filing of charges and the holding of hearings and other procedures as prescribed in this Article, may be disciplined by probation, suspension, expulsion, or other appropriate disciplinary action.

li·a·ble

(lī′ə-bəl)

*adj.*

**1.** Legally obligated or responsible: *liable to pay for damages; liable for negligence.* See Synonyms at **responsible**.

## What is fiduciary duty?

When someone has a fiduciary duty to someone else, **the person with the duty must act in a way that will benefit someone else, usually financially**. The person who has a fiduciary duty is called the fiduciary, and the person to whom the duty is owed is called the principal or the beneficiary.

## What Is a Fiduciary?

A fiduciary is a person or organization that acts on behalf of another person or persons, putting their clients' interests ahead of their own, with a duty to preserve good faith and trust. Being a fiduciary thus requires being bound both legally and ethically to act in the other's best interests.

5 U.S. Code § 7116 - Unfair labor practices | U.S. Code | US Law | LII / Legal Informatio...

**(b)** For the purpose of this chapter, it shall be an unfair labor practice for a labor organization—

**(1)** to interfere with, restrain, or coerce any employee in the exercise by the employee of any right under this chapter;

**(2)** to cause or attempt to cause an agency to discriminate against any employee in the exercise by the employee of any right under this chapter;

**(3)** to coerce, discipline, fine, or attempt to coerce a member of the labor organization as punishment, reprisal, or for the purpose of hindering or impeding the member's work performance or productivity as an employee or the discharge of the member's duties as an employee;

**(4)** to discriminate against an employee with regard to the terms or conditions of membership in the labor organization on the basis of race, color, creed, national origin, sex, age, preferential or nonpreferential civil service status, political affiliation, marital status, or handicapping condition;

**(5)** to refuse to consult or negotiate in good faith with an agency as required by this chapter;

**(6)** to fail or refuse to cooperate in impasse procedures and impasse decisions as required by this chapter;

# Postal Service (PS) Schedule
## Full-Time Regular Basic Hourly Rates
### Effective November 19, 2022

RSCs C, K, P (APWU)

| Pay Step | Pay Grade 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|
| JJ | 19.3918 | 20.0712 | | | | | C7, K7, P7 -New 2011 Schedule | | |
| II | 19.9495 | 20.6240 | | | | | Overlap New and Old Schedules | | |
| HH | 20.5072 | 21.1769 | | | | | Pre 5/23/2011 Schedule | | |
| GG | 21.0649 | 21.7298 | | | | | | | |
| FF | 21.6226 | 22.2827 | 23.4659 | 24.6135 | 25.7962 | | | | |
| EE | 22.1803 | 22.8356 | 23.9861 | 25.1048 | 26.2601 | | | | |
| DD | 22.7380 | 23.3885 | 24.5063 | 25.5962 | 26.7240 | | | | |
| CC | 23.2957 | 23.9413 | 25.0284 | 26.0875 | 27.1880 | | | | |
| BB | 23.8534 | 24.4942 | 25.5466 | 26.5788 | 27.6519 | | | | |
| AA | 24.4111 | 25.0471 | 26.0668 | 27.0702 | 28.1159 | | | | |
| A | 24.9688 | 25.6000 | 26.5870 | 27.5615 | 28.5798 | 29.0428 | | | |
| B | 25.5264 | 26.1529 | 27.1072 | 28.0529 | 29.0438 | 29.5212 | | | |
| C | 26.0841 | 26.7058 | 27.6274 | 28.5442 | 29.5077 | 29.9995 | | | |
| D | 26.6418 | 27.2587 | 28.1476 | 29.0356 | 29.9716 | 30.4779 | 32.5500 | 34.3154 | 35.6337 |
| E | 27.1995 | 27.8115 | 28.6678 | 29.5269 | 30.4356 | 30.9563 | 32.9077 | 34.7404 | 36.1115 |
| F | 27.7572 | 28.3644 | 29.1880 | 30.0183 | 30.8995 | 31.4346 | 33.2654 | 35.1654 | 36.5894 |
| G | 28.3149 | 28.9173 | 29.7082 | 30.5096 | 31.3635 | 31.9130 | 33.6231 | 35.5904 | 37.0673 |
| H | 28.8726 | 29.4702 | 30.2284 | 31.0010 | 31.8274 | 32.3913 | 33.9808 | 36.0154 | 37.5452 |
| I | 29.4303 | 30.0231 | 30.7486 | 31.4923 | 32.2913 | 32.8697 | 34.3385 | 36.4404 | 38.0231 |
| J | 29.9880 | 30.5760 | 31.2688 | 31.9837 | 32.7553 | 33.3481 | 34.6962 | 36.8654 | 38.5010 |
| K | 30.5457 | 31.1288 | 31.7889 | 32.4750 | 33.2192 | 33.8264 | 35.0538 | 37.2904 | 38.9788 |
| L | 31.1034 | 31.6817 | 32.3091 | 32.9663 | 33.6832 | 34.3048 | 35.4115 | 37.7154 | 39.4567 |
| M | 31.6611 | 32.2346 | 32.8293 | 33.4577 | 34.1471 | 34.7832 | 35.7692 | 38.1404 | 39.9346 |
| N | 32.2188 | 32.7875 | 33.3495 | 33.9490 | 34.6111 | 35.2615 | 36.1269 | 38.5654 | 40.4125 |
| O | 32.8457 | 33.3404 | 33.8697 | 34.4404 | 35.0750 | 35.7399 | 36.4846 | 38.9904 | 40.8904 |
| P | | | | | | 36.2183 | 36.8423 | 39.4154 | 41.3683 |
| Red Circle | 33.4034 | 33.8933 | 34.3899 | 34.9317 | 35.5389 | 36.6966 | 37.2000 | 39.8404 | 41.8462 |